UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JUAN ANTONIO RAMOS-ORTIZ,<br><br>       Defendant. | Case No.: 19CR01800-LAB<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 19CR01800-LAB against defendant JUAN ANTONIO RAMOS-ORTIZ be, and hereby is, dismissed;

IT IS SO ORDERED.

DATED: July 5, 2019

                                             */s/ Larry A. Burns*
                                             HON. Larry A. Burns
                                             Chief United States District Judge